IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WINSTON CROCKETT,<br><br>Defendant. | Case No. 4:21-cr-00003-RRB-SAO<br><br>**FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE ON ADMISSIONS TO VIOLATIONS**<br>**[Petition to Revoke Supervised Release at Docket 284]** |

Upon Defendant's request to enter an admission, pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3583, this matter came before the Magistrate Judge, with the written and verbal consents of Defendant, counsel for Defendant, and counsel for the United States for a hearing on Defendant's admission, in open court and on the record.

The Petition to Revoke Supervised Release [Docket 284], dated October 20, 2025, contains 4 violations. Defendant ADMITTED to all four violations December 17, 2025 before the undersigned Magistrate Judge.

In consideration of the hearing on December 17, 2025, regarding Defendant's admission to each of the violations (1-4), the colloquy made by the Defendant under

oath, on the record, in the presence of counsel, and the remarks of the Assistant United States Attorney,

    A.    **I make the following FINDINGS – that the Defendant understands:**

☒ That any false statements made by the Defendant under oath may later be used against him in a prosecution for perjury;

☒ The nature of the allegations against the Defendant;

☒ The right to deny the allegations;

☒ The right to be represented by counsel and, if necessary, to have the court appoint counsel at every stage of the proceedings;

☒ The maximum statutory penalties and advisory guideline range pursuant to the Sentencing Guidelines that may be imposed by the District Judge, including imprisonment, fine, and supervised release;

☒ The right to an evidentiary hearing;

☒ The right to appeal the findings from an evidentiary hearing;

☒ The right to waive the evidentiary hearing and appellate rights; and

☒ The defendant admitted to Violations 1 through 4 of the Petition at Docket 284 dated October 20, 2025.

    B.  **I further FIND that:**

1. The Defendant is competent to enter informed admissions;

2. The Defendant is aware of his rights and has had the advice of legal counsel;

R&R re Admission to Petition to Revoke Supervised Release [dkt. 284]
Page 2
Case 4:21-cr-00003-RRB-SAO    Document 318    Filed 12/30/25    Page 2 of 3

3. That the admissions by the Defendant have been knowingly and voluntarily made and are not the result of force, threats, or coercion; and

4. That there is a factual basis for the Defendant's admission to each of the violations (1-4) of the Petition.

**C. I RECOMMEND** that the District Court accept the Defendant's admissions to each of the Violations (1-4) of the Petition at Docket 284 and set a disposition hearing.

**D. IT IS ORDERED:**

The Disposition hearing will be before United States District Judge Ralph R. Beistline on February 13, 2026 at 10:00am in Courtroom 1. Click or tap to enter a date.

DATED this 29th of December, 2025 at Fairbanks, Alaska.

*s/ Scott A. Oravec*
SCOTT A. ORAVEC
United States Magistrate Judge

This Report and Recommendation is being issued as a Final Report and Recommendation. Pursuant to Fed. R. Crim P. 59(b)(3), any objections will be considered by the District Court Judge who will accept, reject, or modify the recommendation following de novo review. Any objections must be filed by **January 7, 2026**. Fed. R. Crim P. 59(b)(2) and D. Ak. L.M.R. 6(a) authorizes the court to alter the standard objection deadlines.

Reports and recommendations are not appealable orders. Any notice of appeal pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment. *See Hilliard v. Kincheloe*, 796 F.2d 308 (9th Cir. 1986).

R&R re Admission to Petition to Revoke Supervised Release [dkt. 284]
Page 3
Case 4:21-cr-00003-RRB-SAO    Document 318    Filed 12/30/25    Page 3 of 3